1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HICKS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00140-MCE-JDP<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ACTION** |

# ORDER

Having read and considered the Parties' Joint Stipulation to Dismiss Action, the facts upon which the Stipulation is based, and good cause appearing, it is hereby

**ORDERED:**

1. The Stipulation is approved.
2. Plaintiff's class claims are dismissed without prejudice.
3. Plaintiff's individual claims are dismissed with prejudice.
4. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: September 9, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE